United States Bankruptcy Court
Northern District of Ohio

In re:  
Deante Robert Coats  
    Debtor

Case No. 23-11430-aih  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0647-1    User: admin    Page 1 of 2  
Date Rcvd: May 03, 2023    Form ID: 309A    Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deante Robert Coats, 1460 Cedarwood Dr. Suite A, Westlake, OH 44145-1873 |
| 27505912 | + | Chime Bank/Stride Bank, ATTN: Bankruptcy, 77 Maiden Lane, Suite #6, San Francisco, CA 94108-5420 |
| 27505915 | + | Ethan Clark, Esq., 1111 Superior Avenue, East, Suite #1355, Cleveland, OH 44114-2557 |
| 27505919 | + | Heather Borrelli, 1460 Cedarwood Dr 23 A, Westlake, OH 44145-1873 |
| 27505920 | + | John Allen Holmes, Esq., PO Box 1288, Mansfield, OH 44901-1288 |
| 27505921 | + | Michael D. Johanson, Esq., 603 Alpha Drive, Box ON 11, Cleveland, OH 44143-2114 |
| 27505922 | | Progressive Direct Insurance, ATTN: Bankruptcy, PO Box 512929, Aptos, CA 95001 |
| 27505923 | | Progressive Insurance, ATTN: Bankruptcy, 46 Waterloo Road, Suite #150, Akron, OH 44319 |
| 27505924 | + | Radiology Associates of Mansfield, ATTN: Bankruptcy, 1987 West 4th Street, Mansfield, OH 44906-1708 |
| 27505925 | + | Right Way Auto Sales, ATTN: Bankruptcy, 18200 Rockside Road, Bedford, OH 44146-2042 |
| 27505926 | + | Robert Soles, Jr., Esq., 6545 Market Avenue North, Canton, OH 44721-2430 |
| 27505927 | + | Shawn Carson, 1566 Hunters Lake Drive, East, Cuyahoga Falls, OH 44221-5316 |
| 27505930 | + | Stride Bank/Chime, ATTN: Bankruptcy, 324 West Broadway Avenue, Enid, OK 73701-3838 |
| 27505931 | + | William Keis, Jr., Keis George, ATTN: Bankruptcy, 55 Public Square, Suite #1900, Cleveland, OH 44113-1906 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: info@billicopeland.com | May 03 2023 20:49:00 | Billi F Copeland King, King Law Firm, LLC, 1481 S. Hawkins Ave, Akron, OH 44320 |
| tr | + | EDI: QSSTEIN.COM | May 04 2023 00:35:00 | Sheldon Stein, S. Stein Company LLC, 50 Public Square, Suite 2200, Post Office Box 5606, Cleveland, OH 44101-0606 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | May 03 2023 20:49:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27505911 | + | Email/Text: dl-csgbankruptcy@charter.com | May 03 2023 20:50:00 | Charter Communications, ATTN: Bankruptcy, 400 Atlantic Street, Stamford, CT 06901-3512 |
| 27505913 | + | Email/PDF: creditonebknotifications@resurgent.com | May 03 2023 20:48:20 | Credit One Bank, ATTN: Bankruptcy, PO Box 98875, Las Vegas, NV 89193-8875 |
| 27505914 | + | Email/Text: andrew.o@dbsfin.com | May 03 2023 20:49:00 | DBS Financial, aka DeBois Inc., ATTN: Bankruptcy, 2823 Gilcrest Road, Akron, OH 44305-4415 |
| 27505918 | + | Email/Text: gfslegal@gatewayfinancial.org | May 03 2023 20:50:00 | GFS II LLC, ATTN: Bankruptcy, PO Box 3257, Saginaw, MI 48605-3257 |
| 27505917 | + | Email/Text: gfslegal@gatewayfinancial.org | May 03 2023 20:50:00 | Gateway Financial Solutions, ATTN: Bankruptcy, 999 South Washington Avenue, Saginaw, MI 48601-2573 |
| 27505916 | + | Email/Text: gfslegal@gatewayfinancial.org | May 03 2023 20:50:00 | Gateway Financial Solutions, ATTN: Bankruptcy, PO Box 3257, Saginaw, MI 48605-3257 |
| 27505928 | + | Email/Text: bankruptcy@sw-credit.com | May 03 2023 20:49:00 | Southwest Credit Systems, ATTN: Bankruptcy, 4120 International Parkway, Suite #1100, |

| Recip ID | | | |
|---|---|---|---|
| 27505929 | + Email/Text: dl-csgbankruptcy@charter.com | May 03 2023 20:50:00 | Carrollton, TX 75007-1958<br>Spectrum, ATTN: Bankruptcy, 2027 West 25th Street, Cleveland, OH 44113-4113 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27505910 | | Barry Ward, Esq., 304 N. Cleveland-Massillon Road, OH 44330 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Billi F Copeland King | on behalf of Debtor Deante Robert Coats info@billicopeland.com attorneycopeland@me.com;copelandkingbr40030@notify.bestcase.com |
| Sheldon Stein | ssteindocs@gmail.com sstein@ecf.axosfs.com;sheldon@steintrustee.com |

TOTAL: 2

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Deante Robert Coats | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1460 Cedarwood Dr. Suite A<br>Westlake, OH 44145 | | |
| 4. | **Debtor's attorney**<br>Name and address | Billi F Copeland King<br>King Law Firm, LLC<br>1481 S. Hawkins Ave<br>Akron, OH 44320 | | Contact phone 330–990–4911<br><br>Email: info@billicopeland.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sheldon Stein<br>S. Stein Company LLC<br>50 Public Square, Suite 2200<br>Post Office Box 5606<br>Cleveland, OH 44101 | | Contact phone (216) 696–7449<br><br>Email: ssteindocs@gmail.com |

**Information to identify the case:**

Debtor 1: Deante Robert Coats
Social Security number or ITIN: xxx–xx–4082
EIN: _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing):
Social Security number or ITIN: _ _ _ _
EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court: Northern District of Ohio
Date case filed for chapter: 7   4/30/23

Case number: 23–11430–aih

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

| 6. | Bankruptcy clerk's office | United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114–1235 | Hours open:<br>9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 216–615–4300<br><br>Date: 5/3/23 |
| 7. | **Meeting of creditors** | **May 30, 2023 at 10:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\***<br>**\*\*\* Proof of Social Security Number required \*\*\*** | **341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/31/23** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |